ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

ELI J. COHEN (NYBN 5539226)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7443
    FAX: (415) 436-7234
    Eli.Cohen@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASES NOs. 3:24-CR-00236 SI |
| | 3:24-CR-00589 SI |
| Plaintiff, | |
| | DETENTION ORDER |
| v. | |
| JEFFREY ADAM CRUM, | |
| Defendant. | |

On December 3, 2024, defendant Jeffrey Adam Crum ("Crum" or "defendant") was charged by Indictment with one count of Assault on a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1). On December 12, 2024, Crum was charged by Second Amended Petition for Warrant for Person Under Supervision ("Form 12 Petition") with eight supervised release violations, including unlawful use of a controlled substance; committing another Federal, state, or local crime; failing to submit to drug/alcohol testing; and violating the special condition of residing at a Residential Reentry Center ("RRC").

This matter came before the Court on January 27, 2025, for a detention hearing as to both matters. The defendant was present and represented by Elizabeth Falk. Special Assistant United States Attorney Eli J. Cohen appeared for the government. The government moved for detention. At the

DETENTION ORDER
3:24-CR-00236 SI & 3:24-CR-00589 SI
1

hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers, and arguments presented, and for the reasons stated on the record, the Court finds the following: (1) in regard to Case No. 3:24-CR-00236-SI, the defendant has not met his burden under Federal Rule of Criminal Procedure 32.1(a)(6) of establishing by clear and convincing evidence that he will not flee or pose a danger to any other person or to the community; (2) in regard to Case No. 3:24-CR-00589-SI, there is clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in Case No. 3:24-CR-00589-SI and pending further proceedings in Case No. 3:24-CR-00236-SI.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As noted on the record, the Court makes the following findings as the bases for its conclusion: based on the defendant's criminal history, including a conviction for being a Felon in Possession of a Firearm; the pending Assault on a Federal Officer charge; a previous domestic violence charge; and the other violations alleged in the Form 12 Petition, the defendant presents a danger to any other person and to the community. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

/ / / /

/ / / /

/ / / /

/ / / /

/ / / /

DETENTION ORDER
3:24-CR-00236 SI & 3:24-CR-00589 SI

2

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: January 30, 2025

_____
HON. SALLIE KIM
United States Magistrate Judge